O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. SACR 06-142 DOC |
| Plaintiff, | ) | ORDER OF DETENTION |
| v. | ) | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |
| PAUL VAHID EVANS, | ) | |
| Defendant. | ) | |

The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable [Judge's Name], United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A. (X) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's lack of bail resources, lack of a stable residence, and the nature of the charged offenses, which indicate the defendant is unlikely to comply with conditions of release; and

B.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the nature of the charged offense and defendant's criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: February 10, 2010

                                              /s/   Arthur Nakazato
                                         ARTHUR NAKAZATO
                                    UNITED STATES MAGISTRATE JUDGE